111 A.3d 167

**In re Closure Decision of Malehorn Robert
J. FRASCONI, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF
STATE, BUREAU OF COMMISSIONS, ELECTIONS,
AND LEGISLATION, Respondent.**

Supreme Court of Pennsylvania.

March 4, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of March, 2015, to the extent that it concerns the propriety of the Commonwealth Court's decision to deny mandamus relief, the Petition for Allowance of Appeal is TREATED as a notice of appeal pursuant to Pa. R.A.P. 1103, and the order of the Commonwealth Court is hereby AFFIRMED. In all other respects, the Petition for Allowance of Appeal is **DENIED.**